## POST v. STATE.
### No. 21355.

Court of Criminal Appeals of Texas.

Jan. 8, 1941.

Irwin T. Ward, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Johnson County for misappropriation of city funds and his punishment was assessed at five years in the penitentiary.

The proceedings appear regular. The record is before us without statement of facts or bills of exception and there is nothing presented for review by this court.

The judgment of the trial court is affirmed.